| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:08CR02438-001BB |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | NEW MEXICO | LAS CRUCES |
| YOLANDA PATRICIA FREEMAN | NAME OF SENTENCING JUDGE | |
| | **HONORABLE BRUCE D. BLACK, CHIEF UNITED STATES DISTRICT JUDGE** | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/13/2012 | TO 01/12/2015 |

OFFENSE

POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS AND MORE OF COCAINE, IN VIOLATION OF 21 U.S.C. SEC. 841(b)(1)(B)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____NEW MEXICO_____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **WESTERN DISTRICT OF NEW YORK** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_3-29-12_
*Date*

_/s/ Bruce D. Black_
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____WESTERN_____ DISTRICT OF _____NEW YORK_____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                                              *United States District Judge*